United States District Court
Southern District of Texas
**ENTERED**
July 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Brandon DeJuan Gladney §<br>§<br>v.      §<br>§<br>Bobby Lumpkin,§<br>Director, Texas Department of §<br>Criminal Justice, Correctional §<br>Institutions Division, §<br>Respondent. §  | Civil Action H-21-764 |

# Report and Recommendation

On March 4, 2021, Brandon DeJuan Gladney filed a petition for writ of habeas corpus. (D.E. 1.) Although the petition appeared to raise a claim of ineffective assistance of counsel, it lacked any factual support. *Id.* On March 9, 2021, the court ordered Gladney to refile his claims and state the basis for his petition within thirty days on the court-provided federal form petition. (D.E. 4.) The court admonished Gladney that failure to follow the court's instructions would result in dismissal of his case. *Id.*

Instead of following the court's order, on March 22, 2021, Gladney filed a letter with the court that again appeared to raise a claim for ineffective assistance of counsel but again lacked any factual support. (D.E. 5.) On March 31, 2021, Gladney attempted for a third time to state a habeas claim for ineffective assistance of counsel. (D.E. 6.) He again failed to file the federal form petition or to provide a factual basis for the claim. *Id.*

On May 14, 2021, the court sent Gladney the federal form petition for a second time, allowing him thirty more days to file an amended petition. (D.E. 7.) The court again admonished Gladney that failure to follow the court's instructions would result in dismissal of

this case. *Id.* Gladney filed nothing. This case should be dismissed for failure to comply with the court's orders. Additionally, because it plainly appears from Gladney's filings that he is unable or unwilling to state facts that give rise to a cognizable claim, Gladney has not shown that he is entitled to habeas relief and his case must be dismissed. Rule 4, Rules Governing Section 2254 Cases.

    The court recommends that this case be dismissed with prejudice.

Signed at Houston, Texas, on July 15, 2021.

                                   Peter Bray
                     United States Magistrate Judge