United States District Court
Southern District of Texas
**ENTERED**
August 20, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Brandon DeJuan Gladney,<br>    Petitioner,<br><br>v.<br><br>Bobby Lumpkin,<br>Director, Texas Department<br>of Criminal Justice, Correctional<br>Institutions Division,<br>    Respondent. | §<br>§<br>§<br>§    Civil Action H-21-764<br>§<br>§<br>§<br>§<br>§<br>§ |

## Order of Adoption

On July 15, 2021, Magistrate Judge Peter Bray recommended that Brandon DeJuan Gladney's petition for writ of habeas corpus be dismissed with prejudice. (8) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on August 20, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge